No. 75–5599.  GRIFFITH v. ILLINOIS; and

No. 75–5637.  LYONS v. ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.  Reported below: 26 Ill. App. 3d 193, 324 N. E. 2d 677.

No. 75–5606.  HECKSTALL v. UNITED STATES ET AL. C. A. D. C. Cir.  Certiorari denied.

No. 75–5607.  BARNÉS v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 75–5618.  JURGENS v. MARBLEY.  C. A. 9th Cir. Certiorari denied.

No. 75–5638.  VANDYGRIFT v. HILLSBOROUGH COUNTY COMMISSIONERS.  Sup. Ct. Fla.  Certiorari denied.

No. 75–5639.  PULIDO-HERNANDEZ v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 75–5641.  SAMUELS v. HOPPER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 75–5646.  HOVER v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 75–5648.  HARPER v. GRAY.  C. A. 7th Cir.  Certiorari denied.

No. 75–5650.  YOSS v. SCHUBERT, HOSPITAL SUPERINTENDENT, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 75–5653.  ADAMS v. CBI-FAIRMAC CORP.  Ct. App. D. C.  Certiorari denied.

No. 75–5662.  HOWARD v. HENDERSON, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 75–5666.  HARRIS v. NEW YORK.  Onondaga County Ct.  Certiorari denied.